UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>LLS AMERICA, LLC,<br><br>Debtor. | NO: CV-11-364-RMP<br>     CV-12-482-RMP<br><br>Bankruptcy No: 09-06194-PCW11<br><br>Adversary No: 11-80295-PCW11<br><br>ORDER CONSOLIDATING CASES |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC,<br><br>Plaintiff,<br><br>vs.<br><br>1418490 ONTARIO, LTD., et al.,<br><br>Defendants. | |

It has come to the attention of the Court that CV-11-364-RMP and CV-12-482-RMP are both actions that arose as a result of motions to withdraw of reference to 11-80295-PCW.  Accordingly, both CV-11-364-RMP and CV-12-482-RMP refer to the same cause of action that arises out of the same adversary

ORDER CONSOLIDATING CASES ~ 1

complaint. The Court concludes that efficiency and clarity are best served by having only one case number to refer to a single adversary action. Accordingly, the Court will consolidate CV-11-364-RMP and CV-12-482-RMP.

Accordingly, **IT IS HEREBY ORDERED:**

1. Case No. CV-11-364-RMP shall be **CONSOLIDATED** WITH Case No. CV-12-482-RMP.

2. Pursuant to the practice in this District to consolidate cases under the first-filed case, **ALL FUTURE FILINGS SHALL BE FILED UNDER CASE NUMBER CV-11-364-RMP**.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order, to provide copies to counsel, and to **close the file** for CV-12-482 in this District.

**DATED** this 1st day of November 2012.

   *s/ Rosanna Malouf Peterson*
   ROSANNA MALOUF PETERSON
   Chief United States District Court Judge

ORDER CONSOLIDATING CASES ~ 2