AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re LLS AMERICA, LLC,            Debtor
BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,

                     Plaintiff,

         v.

1418490 ONTARIO, LTD.; et al.,

               Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-364-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that on October 25, 2012, the Bankruptcy Court for the Eastern District of Washington entered the Order Confirming Plan under which the Plan was confirmed. In accordance with the Plan, all Electing Investors have entered into and are parties to the Global Investor Settlement contained in the Plan (see Article IV). Defendants John McDonald, Margaret Simpson and James Shewkenek, in accordance with the settlement, are dismissed with prejudice.

| | |
|---|---|
| March 14, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |