# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re LLS AMERICA, LLC,          Debtor
BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,

                    Plaintiff,                **JUDGMENT IN A CIVIL CASE**
            v.

1418490 ONTARIO, LTD.; et al.,
                                              CASE NUMBER: CV-11-364-RMP
                    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that per Stipulation of the parties, Plaintifff's Adversary Complaint for Avoidance of Transfers and Other Relief and the claims pled against only Defendant Warren Merkel are dismissed, with prejudice, with each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| 3/22/13 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |