AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re LLS AMERICA, LLC,         Debtor
BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,

                    Plaintiff,
            v.

1418490 ONTARIO, LTD.; et al.,

                    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-364-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that per Stipulation of the parties, Plaintifff's Adversary Complaint for Avoidance of Transfers and Other Relief and the claims pled against only Defendants Priti Shah and Paresh Shah are dismissed, with prejudice, with each party to bear their own attorneys' fees and costs.

4/03/13
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson