# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LLS AMERICA, LLC, Debtor, BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC<br>*Plaintiff*<br>v.<br>558778 BC, LTD, et al.,<br>*Defendant* | ) ) ) ) ) ) Civil Action No. CV-11-364-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants Jason McDonald, Aidan Saunders, and Anna Saunders are dismissed with prejudice pursuant to the Order Granting Dismissal of Certain Defendants With Prejudice and Without Costs entered on August 29, 2013, ECF No. 138.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson.

Date: 8/29/2013

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas