UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>      Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>558778 BC LTD., et al.,<br><br>      Defendants. | NO:  CV-11-364-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80295-PCW11<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DAVE WHALLEY AND JEN WHALLEY |

**BEFORE THIS COURT** is the Report and Recommendation re: Plaintiff's Motions for Entry of Default Judgment Against Defendants Dave Whalley and Jen Whalley, ECF No. 140.   The Bankruptcy Court recommends to this Court that the default judgment be granted and entered in the District Court.

ORDER ADOPTING REPORTS AND RECOMMENDATIONS FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DAVE WHALLEY AND JEN WHALLEY~1

1 | Having reviewed the report and recommendation and the proposed default
2 | judgment, the Court finds good cause to adopt the Bankruptcy Court's Report and
3 | Recommendation. Accordingly, **IT IS HEREBY ORDERED**:
4 | 1. Report and Recommendation, **ECF No. 140**, is **ADOPTED**.
5 | 2. Default Judgment shall be entered against Defendants Dave Whalley and
6 | Jen Whalley.
7 | The District Court Clerk is directed to enter this Order and provide copies to
8 | counsel, to Defendants, and to Judge Patricia C. Williams.
9 | **DATED** this 17th day of September 2013.

  *s/ Rosanna Malouf Peterson*
  ROSANNA MALOUF PETERSON
  Chief United States District Court Judge

ORDER ADOPTING REPORTS AND RECOMMENDATIONS FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DAVE WHALLEY AND JEN WHALLEY~2