UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>558778 BC, LTD., et al.,<br><br>                  Defendants. | NO: CV-11-364-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80295-PCW11<br><br>DEFAULT JUDGMENT AGAINST DEFENDANTS DAVE WHALLEY AND JEN WHALLEY |

### JUDGMENT SUMMARY

Judgment Creditor:    Bruce P. Kriegman, solely in his capacity as the Liquidating Trustee under the Confirmed Plan of the Debtor

DEFAULT JUDGMENT AGAINST DEFENDANTS DAVE WHALLEY AND JEN WHALLEY ~ 1

| | |
|---|---|
| Attorneys for Judgment Creditor: | Witherspoon Kelley |
| Judgment Debtors: | Dave Whalley and Jen Whalley |
| Principal Amount of Judgment: | $16,500.00 CAD<br>$   250.00 US |
| Interest on Judgment: | Weekly Average of One-Year Constant Maturity (nominal) treasury yield as published by the Federal Reserve System (28 U.S.C. § 1961) |

This Court, having reviewed the Order of Default previously entered in Bankruptcy Court against Defendants Dave Whalley and Jen Whalley, Adv. Doc. No. 478, and having previously entered an Order Adopting the Bankruptcy Court's Report and Recommendation and Order of Default against Defendants Dave Whalley and Jen Whalley, ECF No. 140, and being fully apprised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendants Dave Whalley and Jen Whalley, individually and jointly and severally, as follows:

1. Monetary Judgment in the amount of CAD $16,500.00, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of CAD $16,500.00 made to Defendants within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may

DEFAULT JUDGMENT AGAINST DEFENDANTS DAVE WHALLEY AND JEN WHALLEY ~ 2

1  take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550,

2  551, and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

3     3.  All said transfers to Defendants Dave Whalley and Jen Whalley are

4  hereby set aside and Plaintiff shall be entitled to recover the same, or the value

5  thereof, from Defendants Dave Whalley and Jen Whalley for the benefit of the

6  estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550, and 551;

7     4.  A constructive trust is hereby established over the proceeds of all

8  transfers in favor of the Trustee for the benefit of the estate of LLS America; and

9     5.  Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00

10 USD, for a total judgment of CAD $16,500.00, plus $250.00 USD, which shall

11 bear interest equal to the weekly average of one-year constant maturity (nominal)

12 treasury yield as published by the Federal Reserve System.

13    **IT IS SO ORDERED**.

14    The District Court Clerk is directed to enter this Judgment and provide

15 copies to counsel, Defendants, and Judge Patricia C. Williams, and shall terminate

16 Dave Whalley and Jen Whalley as defendants in this case.

17    **DATED** this 17th day of September 2013.

18

19

20                                         *s/ Rosanna Malouf Peterson*
                                       ROSANNA MALOUF PETERSON
                                       Chief United States District Court Judge

DEFAULT JUDGMENT AGAINST DEFENDANTS DAVE WHALLEY AND JEN WHALLEY ~ 3