AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

In Re: LLS AMERICA, LLC,     Debtor,
BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC )
)
*Plaintiff* )
v. )
) Civil Action No. CV-11-364-RMP
558778 BC, LTD, et al., )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants James Grieve, Nathan Grieve, and Jordan Grieve are dismissed with prejudice pursuant to the Court's Order entered on October 2, 2013, ECF No. 154.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson.

Date:  October 2, 2013

                                                CLERK OF COURT

                                                SEAN F. McAVOY

                                                s/ Cora Vargas
                                                *(By) Deputy Clerk*

                                                Cora Vargas