1

2

3

4

5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7   In Re:

8   LLS AMERICA, LLC,

9                                Debtor,

10  BRUCE P. KRIEGMAN, solely in his
    capacity as court-appointed Chapter 11
11  Trustee for LLS America, LLC,

12                               Plaintiff,

13  v.

14  558778 BC, LTD, et al.,

15                               Defendants.

16

NO:  CV-11-364-RMP

Bankr. Case No. 09-06194-PCW11
(Consolidated Case)

Adv. Proc. No. 11-80295-PCW11

ORDER ADOPTING BANKRUPTCY
COURT'S REPORT AND
RECOMMENDATION TO DISMISS
DEFENDANT DOUGAL SHEWAN

17         **BEFORE THE COURT** is the Bankruptcy Court's Report and

18  Recommendation to dismiss Defendant Dougal Shewan, BKC ECF No. 630 and

19  DC ECF No. 157.  Having reviewed the Report and Recommendation and all

20  relevant filings, and having found that good cause exists pursuant to the entry of an

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS DEFENDANT DOUGAL SHEWAN~ 1

1  Order of Dismissal in the Bankruptcy Court on September 30, 2013, and no

2  objection being filed by any party, this Court hereby **ADOPTS** the Bankruptcy

3  Court's Report and Recommendation, **ECF No. 157**.  Defendant Dougal Shewan is

4  hereby **dismissed with prejudice** with each party to bear their own attorneys' fees

5  and costs.

6        **IT IS SO ORDERED**.

7        The District Court Clerk is hereby directed to enter this Order, **terminate**

8  **Dougal Shewan** as a defendant in this matter, and to provide copies to counsel,

9  and Judge Patricia C. Williams.

10        **DATED** this 16th day of September 2013.

11

12                      *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
13                      Chief United States District Court Judge

14

15

16

17

18

19

20

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS DEFENDANT DOUGAL SHEWAN~ 2