UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>558778, BC, LTD, et al.,<br><br>　　　　　　　　　　Defendants. | NO: CV-11-364-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80295-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO GRANT COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT MASTERLINE DESIGN |

**BEFORE** the Court is the bankruptcy court's report and recommendation to allow attorney Dillon E. Jackson and the law firm of Foster Pepper, PLLC, to withdraw as counsel for Defendant Masterline Design, BKC ECF No. 473 and DC ECF No. 168.

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO GRANT COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT MASTERLINE DESIGN ~ 1

Having reviewed the report and recommendation and all relevant filings, the Court finds that good cause exists to allow counsel to withdraw. Accordingly, **IT IS HEREBY ORDERED**:

1. The bankruptcy court's report and recommendation, **ECF No. 168**, is **ADOPTED**.

2. Mr. Jackson and Foster Pepper, PLLC are hereby withdrawn as attorney(s) for **Defendant Masterline Design** only.

The District Court Clerk is directed to enter this Order, to terminate Dillon E. Jackson and Foster Pepper, PLLC as counsel for Defendant Masterline Design, and to provide copies of this Order to counsel and to Defendant at its last known address of **Masterline Design, Attn Brenda Hahn, 7215 – 19th Street, Surrey, BC V4N 5Y7, Canada**, and update CM/ECF accordingly.

**DATED** this 21st day of October 2013.

                                    *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                  Chief United States District Court Judge