**So Ordered.**

_____
Patricia C. Williams
Bankruptcy Judge

**Dated: October 18th, 2013**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | No. 09-06194-PCW11 |
| LLS AMERICA, LLC, | |
| Debtor. | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC, | Adversary No. 11-80295 |
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT SHELLEY BOWOLIN |
| v. | |
| 1418490 ONTARIO, LTD., et. al., | |
| Defendants. | |

This matter came before the Court pursuant to the Stipulation of Dismissal only as to defendant, Shelley Bowolin, filed by Plaintiff (the "Stipulation").

ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT- 1

{S0790148; 1 }



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax 509.458.2728

Having reviewed the Stipulation, and the files and pleadings on record herein, and for good cause appearing,

IT IS HEREBY ORDERED that the Stipulation set forth herein is approved; and

IT IS FURTHER ORDERED that only Defendant Shelley Bowolin is dismissed, with prejudice, with each party to bear their own attorneys' fees and costs.

///End of Order///

*Presented by:*

WITHERSPOON KELLEY

  *s/ Shelley N. Ripley*
Shelley N. Ripley, WSBA # 28901
Attorneys for the Trustee




  *Shelley Bowolin / Electronically approved 10/17/13*
Defendant Shelley Bowolin, Pro Se

ORDER GRANTING STIPULATION OF DISMISSAL
OF DEFENDANT- 2

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors

{S0790148; 1 }
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax 509.458.2728

