UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor,<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>558778 BC, LTD, et al.,<br><br>　　　　　　　　　Defendants. | NO: CV-11-364-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80295-PCW11<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE JUDGMENT AGAINST MASTERLINE DESIGN |

**BEFORE THE COURT** is the Report and Recommendation re: Judgment Against Defendant Masterline Design, filed in the Bankruptcy Court on October 15, 2013, at BKC ECF No. 647 and DC ECF No. 167.

ORDER ADOPTING REPORT AND RECOMMENDATION RE JUDGMENT AGAINST MASTERLINE DESIGN ~ 1

The Bankruptcy Court recommends, based upon the Order Granting Motion for Partial Summary Judgment, BKC ECF No. 614, that the District Court enter judgment against Defendant Masterline Design.

Having reviewed the Report and Recommendation and all relevant filings, and there being no objection filed by any party in either court, this Court finds good cause to adopt the report and recommendation of the Bankruptcy Court. Accordingly, **IT IS HEREBY ORDERED**:  The Report and Recommendation, **ECF No. 167**, is **ADOPTED**.   Summary Judgment against Defendant Masterline Design shall be entered.

The District Court Clerk is directed to enter this Order, terminate Masterline Design as a defendant in this matter, and provide copies to counsel, to Defendant at **Attn: Brenda Hahn, 7125 19th Street, Surrey, BC V4N 5Y7, CANADA**, and to Judge Frederick P. Corbit.

**DATED** this 12th day of November 2013.

                                      *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                    Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION RE JUDGMENT AGAINST MASTERLINE DESIGN ~ 2