1

2

3

4

5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7 | In Re:

8 | LLS AMERICA, LLC,

9 |                      Debtor,

10 | BRUCE P. KRIEGMAN, solely in his
capacity as court-appointed Chapter 11

11 | Trustee for LLS America, LLC,

12 |                      Plaintiff,

13 | v.

14 | 558778 BC, LTD, et al.,

15 |                      Defendants.

NO:  CV-11-364-RMP

Bankr. Case No. 09-06194-PCW11
(Consolidated Case)

Adv. Proc. No. 11-80295-PCW11

JUDGMENT RE MASTERLINE
DESIGN

16

17

18

19

20

### JUDGMENT SUMMARY

1. Judgment Creditor:      Plaintiff Bruce P. Kriegman

2. Attorney(s) for
Judgment Creditors:     Matthew A. Mensik

3. Judgment Debtor:       Masterline Design

JUDGMENT RE MASTERLINE DESIGN ~ 1

4.  Attorney for Judgment
    Debtor(s):                    None

5.  Amount of Judgment:          $13,283.33 CAD

6.  Amount of Interest
    Owed to Date:                $0.00

7.  Interest Rate:               0.13% per annum

## JUDGMENT

Based upon the Report and Recommendation from the Bankruptcy Court to enter Judgment, ECF No. 167, which is based upon its Order Granting Motion for Summary Judgment, BKC ECF No. 614, this matter is entered as follows:  that Plaintiff Bruce P. Kriegman is awarded judgment against Defendant Masterline Design in the amount of $**13, 283.33 CAD**, plus post-judgment interest at the rate of 0.13 percent per annum.

The District Court Clerk is directed to enter this Judgment and provide copies to counsel, to Defendant at **Masterline Design, Attn: Brenda Hahn, 7125-19th Street, Surrey, BC V4N 5Y7, CANADA,** and to Judge Frederick P. Corbit.

**DATED** this 12th day of November, 2013.


        _s/ Rosanna Malouf Peterson_
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

JUDGMENT RE MASTERLINE DESIGN ~ 2