UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                   Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                   Plaintiff,<br><br>v.<br><br>558778 BC, LTD., et al.,<br><br>                   Defendants. | NO:  CV-11-364-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80295-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT MARIANNE BENNETT |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation for entry of Default Judgment against Defendant Marianne Bennett, ECF No. 172.  Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the entry of an

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT MARIANNE BENNETT ~ 1

1  Order of Default in the Bankruptcy Court on October 3, 2013, BK ECF No. 637,

2  this Court hereby **ADOPTS** the Bankruptcy Court's Report and Recommendation,

3  **ECF No. 172**, and shall enter judgment accordingly.

4      **IT IS SO ORDERED**.

5  The District Court Clerk is hereby directed to enter this Order and to provide

6  copies to counsel, Defendant, and Judge Frederick P. Corbit.

7      **DATED** this 15th day of November 2013.

                *s/ Rosanna Malouf Peterson*
                ROSANNA MALOUF PETERSON
                Chief United States District Court Judge