UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                      Debtor, | NO: CV-11-364-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br>(Consolidated Case) |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>558778 BC, LTD., et al.,<br><br>                      Defendants. | Adv. Proc. No. 11-80295-PCW11<br><br>DEFAULT JUDGMENT AGAINST DEFENDANT MARIANNE BENNETT |

## JUDGMENT SUMMARY

Judgment Creditor:				Bruce P. Kriegman

Attorneys for Judgment Creditor:		Witherspoon Kelley

Judgment Debtor:				Marianne Bennett

DEFAULT JUDGMENT AGAINST DEFENDANT MARIANNE BENNETT ~ 1

| | |
|---|---|
| Attorney for Debtor: | None |
| Amount of Judgment: | $21,900.00 CAD |
| | $    250.00 USD |
| Interest Rate: | 0.11% per annum |

The Bankruptcy Court having previously entered an Order of Default against Defendant Marianne Bennett (BKC ECF No. 637) and this Court having adopted the Bankruptcy Court's Report and Recommendation at DC ECF No. 189,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendant Marianne Bennett, as follows:

1. Monetary Judgment in the amount of CAD $21,900.00, CAD, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of CAD $19, 900.00 CAD made to Defendant within four years prior to the Petition Filing Date are hereby avoided, and Plaintiff may take all necessary action to preserve the same pursuant to 11 U.S.C. §§ 544, 550, 551, and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

3. Transfers in the amount of $2,000.00 CAD made to Defendant more than four years prior to the Petition Filing Date are hereby avoided, and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, and 551, and RCW 19.40.041(1) and 19.40.071;

DEFAULT JUDGMENT AGAINST DEFENDANT MARIANNE BENNETT ~ 2

4.  All said transfers to Defendant Marianne Bennett are hereby set aside, and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Marianne Bennett for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550, and 551;

5.  Defendant Marianne Bennett did not file a proof of claim in Debtor's bankruptcy proceedings.

6.  A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

7.  Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of CAD $21,900.00 CAD, plus $250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Judgment and provide copies to counsel, Defendant, and to Judge Frederick P. Corbit, and shall **terminate Marianne Bennett as a defendant in this case**.

**DATED** this 15th day of November 2013.

                                        *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                        Chief United States District Court Judge