UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>    LLS AMERICA, LLC,<br><br>               Debtor. | NO: CV-11-363-RMP<br>      CV-11-364-RMP<br><br>Bankruptcy No: 09-06194-PCW11<br><br>Adversary No: 11-80296-PCW11<br>Adversary No: 11-80295-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>267406 BC, LTD., et al.,<br><br>               Defendants. | ORDER CONSOLIDATING CASES |

Before the Court is an oral motion to consolidate CV-11-363-RMP and CV-11-364-RMP. Attorney Dillon Jackson moved during a scheduling conference held on December 17, 2013, to consolidate the cases, and Plaintiff agreed.

ORDER CONSOLIDATING CASES ~ 1

The Court finds good cause to consolidate the cases. Accordingly, **IT IS HEREBY ORDERED:**

1. Case No. CV-11-363-RMP shall be **CONSOLIDATED WITH** Case No. CV-11-364-RMP. **ALL FUTURE FILINGS SHALL BE FILED UNDER CASE NUMBER CV-11-363-RMP**.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order, to provide copies to counsel, and to **close the file** for CV-11-364 in this District.

**DATED** this 18th day of December 2013.

                                  *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                     Chief United States District Court Judge